fied by the court as falling within the designated class, and that such a standard is sufficient for the court to adequately dispose of any possible challenges should that contingency arise.

Accordingly, for the reasons stated above the judgment of the trial court is hereby affirmed.

Judgment affirmed.

CRAVEN and CLARK, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LLOYD WILLIAMS, Defendant-Appellant.

(No. 57767;

First District (5th Division)—March 1, 1974.

*Rehearing denied May 10, 1974.*

PER CURIAM.
LORENZ, J., took no part.

James J. Doherty, Public Defender, of Chicago (Susan K. Horn, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Thomas A. Mauet, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* NATHAN DOZIER, Defendant-Appellant.

(No. 58770;

First District (4th Division)—April 10, 1974.

*Rehearing denied May 29, 1974.*